PROB 12C
(7/93)


PROB 12C
(7/93)

Report Date: July 31, 2008

# United States District Court

for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 07 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fermin Perez-Juarez      Case Number: 2:05CR06034-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 1/27/2006

Original Offense:   Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:  Prison - 33 Months; TSR - 24 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Shawn Anderson     Date Supervision Commenced: 3/14/2008

Defense Attorney:   Anne Walstrom       Date Supervision Expires: 3/13/2010

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.
 | **Supporting Evidence**: On April 23, 2008, Mr. Perez-Juarez was arrested by the Las Vegas Metro Police Department under the alias of Carlos Perez, for count 1: conspiracy to violate uniform controlled substance act; count 2: transport a controlled substance; and count 3: possession of heroin with intent to sell (Clark County District Court case number 08-C-244203-C).
 | Preliminary information suggests the defendant failed to appear for sentencing before the Clark County District Court in Las Vegas, Nevada, on July 23, 2008, and a warrant was issued for his arrest. Additional case information including the defendant's current whereabouts are unknown at this time.
2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72

Prob12C
Re: Perez-Juarez, Fermin
July 31, 2008
Page 2

hours of reentry.

**Supporting Evidence**: On or about April 23, 2008, the defendant illegally reentered the United States as noted in alleged violation number 1.

Contact with the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico, on March 21, 2008, and to date has not obtained legal permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/31/08

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/06/08
Date